IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LESTER J. MUNN, <br> TDCJ No. 620696, <br><br> Plaintiff, <br><br> V. <br><br> MICHAEL BATES, Warden, ET AL., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 3:22-CV-2595-D |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case on December 9, 2022. Plaintiff filed on November 18, 2022 a motion for leave to proceed *in forma pauperis*; filed on December 28, 2022 two letters addressed to the clerk of court, one of which requests that this lawsuit be stopped until he goes free or is moved to the general population so that he can access a law library; and on January 10, 2023 filed his objection to the FCR of the magistrate judge.

The undersigned district judge has reviewed *de novo* those portions of the FCR to which objections were made, and reviewed the remaining portions for plain error. Finding no error, the court adopts the FCR of the United States Magistrate Judge.

**SO ORDERED**.

January 30, 2023.

                                                                                    _____
                                                                                    SIDNEY A. FITZWATER
                                                                                    SENIOR JUDGE